IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN MICHAEL CREDICO, | : |
| Petitioner, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 13-cv-2819 |
| THE ATTORNEY GENERAL OF PENNSYLVANIA, et al., | : |
| Respondents | : |

**ORDER**

AND NOW, this 25th day of February 2014, upon careful consideration of Justin Michael Credico's petition under 28 U.S.C. § 2254 for writ of habeas corpus (Doc. # 1, 5), the Commonwealth's response, the Magistrate Judge's Report and Recommendation, and petitioner's objections thereto, **IT IS HEREBY ORDERED** that:

1. Petitioner's objections are overruled;

2. The Report and Recommendation of Magistrate Judge Lynne A. Sitarski is Approved and Adopted;

3. The petition for writ of habeas corpus is **DISMISSED**;

4. Petitioner having failed to make a substantial showing of the denial of a constitutional right, there is no ground to issue a certificate of appealability; and

5. The Clerk shall **CLOSE** this case for statistical purposes.

                                                                  /s/ William H. Yohn Jr.
                                                                 William H. Yohn Jr., Judge